1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   MEREDITH SCHINDEHETTE,                    Case No.  24-cv-07259-JSC

8                   Plaintiff,

9          v.                                 **PRETRIAL ORDER NO. 1: CASE
                                              SCHEDULE**
10  UNUM LIFE INSURANCE COMPANY
    OF AMERICA,
11
                    Defendant.
12

13          Following the initial case management conference held on January 30, 2025, the Court

14  orders the following deadlines:

15          • Initial Disclosures                 February 14, 2025

16          • Move to Amend Pleadings             March 28, 2025

17          • Submit Name/Date Mediation          May 30, 2025

18          • Discovery Cut-Off                   August 1, 2025

19          • Last Day for Private Mediation:     September 26, 2025

20          • Defendant Lodges Administrative Record   October 31, 2025

21          • Cross-Motion for Judgment:          November 21, 2025

22          • Opposition/Responsive Briefs:       December 19, 2025

23          • Hearing on Motions for Judgment     January 8, 2026 at 10:00 a.m.

24          The Court will hold a further case management conference on October 22, 2025 at 2:00

25  p.m. via Zoom video.  An updated joint case management conference statement is due one week in

26  advance.  The Court will be particularly interested in whether referral for a magistrate judge

27  settlement conference could be useful.  The standard of review is *de novo* unless by May 30, 2025

28  Defendant advises the Court it contends otherwise.

United States District Court
Northern District of California

1

**IT IS SO ORDERED.**

2      Dated: January 30, 2025

3

4

5      JACQUELINE SCOTT CORLEY
       United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California